**2:23-mj-05781-DUTY All Defendants USA v. Lee**
Date filed: 11/08/2023
Date terminated: 11/08/2023
Date of last filing: 11/13/2023

# History

| Doc. No. | Dates | Description |
|---|---|---|
|  | *Filed:* 11/08/2023<br>*Entered:* 11/13/2023 | Notice to Receiving District of Criminal Case Transfer |
|  | *Docket Text:* Notice to District of Massachusetts of a Rule 5 or Rule 32 Initial Appearance as to Defendant James Yun Lee. Your case number is: 22mj4605-DHH. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: [10] Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) | |
| 1 | *Filed:* 11/08/2023<br>*Entered:* 11/13/2023 | Affidavit - Out-of-District Warrant (Rule 5(c)(3)) |
|  | *Docket Text:* AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant James Yun Lee, originating in the District of Massachusetts. Defendant charged in violation of: 18:2422,371. Signed by agent Erin Herrgott, HSI, Special Agent. USA. (mhe) | |
| 2 | *Filed:* 11/08/2023<br>*Entered:* 11/13/2023 | Report Commencing Criminal Action (CR-64) |
|  | *Docket Text:* REPORT COMMENCING CRIMINAL ACTION as to Defendant James Yun Lee; defendants Year of Birth: 1955; date of arrest: 11/8/2023 (mhe) | |
| 3 | *Filed:* 11/08/2023<br>*Entered:* 11/13/2023<br>*Terminated:* 11/08/2023 | Notice of Request for Detention |
|  | *Docket Text:* NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant James Yun Lee (mhe) | |
| 4 | *Filed:* 11/08/2023<br>*Entered:* 11/13/2023 | Order on Request for Detention |
|  | *Docket Text:* MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Margo A. Rocconi as to Defendant James Yun Lee. Contested detention hearing held, ranting [3] REQUEST for Detention as to James Yun Lee (1). Defendant arraigned and states true name is as charged. Attorney: Carlos L. Juarez for James Yun Lee, Appointed, present. Court orders defendant Permanently detained. Court orders | |

| | | | |
|---|---|---|---|
| | defendant held to answer to District of Massachusetts. Warrant of Removal and final commitment to issue. (KOREAN) INTERPRETER Required as to Defendant James Yun Lee Court Smart: CS 11/8/23. (mhe) | | |
| 5 | *Filed:* *Entered:* | 11/08/2023 11/13/2023 | Warrant of Arrest Issued by Other District |
| | *Docket Text:* Defendant James Yun Lee arrested on warrant issued by the USDC District of Massachusetts at Worcester. (Attachments: # (1) Charging Documents)(mhe) | | |
| 6 | *Filed:* *Entered:* | 11/08/2023 11/13/2023 | Order of Detention |
| | *Docket Text:* ORDER OF DETENTION by Magistrate Judge Margo A. Rocconi as to Defendant James Yun Lee, (mhe) | | |
| 7 | *Filed:* *Entered:* | 11/08/2023 11/13/2023 | Waiver of Rights (Out-of-District)(M-14) |
| | *Docket Text:* WAIVER OF RIGHTS approved by Magistrate Judge Margo A. Rocconi as to Defendant James Yun Lee. (mhe) | | |
| 8 | *Filed:* *Entered:* | 11/08/2023 11/13/2023 | Advisement of Defendant's Statutory & Constitutional Rights (CR-10) |
| | *Docket Text:* ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant James Yun Lee. (mhe) | | |
| 9 | *Filed:* *Entered:* | 11/08/2023 11/13/2023 | Financial Affidavit (CJA 23) - NFPV |
| | *Docket Text:* FINANCIAL AFFIDAVIT filed as to Defendant James Yun Lee. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) | | |
| 10 | *Filed:* *Entered:* | 11/08/2023 11/13/2023 | Warrant of Removal and Commitment to Another District |
| | *Docket Text:* WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Margo A. Rocconi that Defendant James Yun Lee be removed to the District of Massachusetts (mhe) | | |
| 11 | *Filed & Entered:* | 11/13/2023 | Audio Recording Form (AO-436) |
| | *Docket Text:* COMPACT DISC Order for date of proceedings November 8, 2023 to November 8, 2023 as to Defendant James Yun Lee Court will contact Sarah Spielberger at Sarah.Spielberger@usdoj.gov with any questions regarding this order. Transcript portion requested: Other: Detention Hearing. Federal Government Agency - No fee required: United States Attorneys Office.(Spielberger, Sarah) | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Case No.   2:23-MJ-5781                                              Date   November 8, 2023

Title   United States v. James Lee

Present: The Honorable   Margo A. Rocconi, United States Magistrate Judge

| Valerie Velasco | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION

The Court conducted a detention hearing on:

☐   The motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving: a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   The motion of the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving: a serious risk that the defendant will flee.

☐   The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2-3)].

☐   The Court finds that the defendant ☐ has ☐ has not rebutted the presumption under 18 U.S.C. § 3142(e)(2-3) by sufficient evidence to the contrary.

* * *

The Court finds that no condition or combination of conditions will reasonably assure:
   ☒ the appearance of the defendant as required.
   ☐ the safety of any person or the community.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Case No.   2:23-MJ-5781                                          Date   November 8, 2023

Title      United States v. James Lee

The Court bases its findings on the following [18 U.S.C. § 3142(g)]:

- ☒ Nature and circumstances of offense charged
- ☐ Weight of known evidence against defendant
- ☐ Lack of bail resources
- ☐ No stable residence, employment, or community ties
- ☒ Ties to foreign countries and frequent foreign travel
- ☐ Substance abuse
- ☐ Nature of previous criminal convictions
- ☐ Previous failure to appear or violations of probation, parole, or release
- ☐ Already in custody on state or federal offense
- ☐ Refusal to interview with Pretrial Services or verify information
- ☐ Unrebutted presumption [18 U.S.C. § 3142(e)(2-3)]
- ☒ allegations of hidden resources and use of Aliases

- ☐ Defendant did not oppose the detention request.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the evidence presented at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IT IS THEREFORE ORDERED that the defendant be detained pending trial in the District of Massachustts. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for forthwith transfer to the District of Massachustts.

```
                                                                    FILED
                                                              CLERK, U.S. DISTRICT COURT

                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA           NOV - 8 2023
```

UNITED STATES OF AMERICA,   PLAINTIFF

CASE NUMBER: 23 mj - 4781 - DHH

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

V.

James Lee

DEFENDANT.

**WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)**

---

I understand that charges are pending in the _____ District of **Massachusetts** alleging violation of **18 USC 371, 2422** and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
(1) have an identity hearing to determine whether I am the person named in the charges;
(2) arrival of process;

*-Check one only-*

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒ have an identity hearing
☒ arrival of process
☒ have a preliminary hearing
☐ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: 11/8/2023

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the **Korean** language.

Date: _____

_____
Interpreter (if required)

M-14 (09/09)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

Name & Address:

FILED
CLERK, U.S. DISTRICT COURT
NOV - 8 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

James Lee

DEFENDANT(S).

CASE NUMBER:

2:23-mj-5781-DUTY

**FINAL COMMITMENT AND WARRANT OF REMOVAL**

District of __Massachusetts__

At __Worcester__
(City)

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

- ☐ Indictment
- ☐ Information
- ☑ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

charging him or her with  (brief description of offense)  Conspiracy to persuade, induce, entice, and coerce one or more individuals to travel in interstate or foreign commerce to engage in prostitution

☑ in violation of Title __18__ United States Code, Section (s) __371 and 2422__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

- ☑ duly waived arrival of process.
- ☑ duly waived identity hearing before me on __11/8/2023__.
- ☑ duly waived preliminary hearing before me on __11/8/2023__.
- ☐ had a preliminary hearing before me on ____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had an identity hearing before me on ____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $____ but has not been posted.
  - ☑ No bail has been set.
  - ☑ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

11/8/2023
Date

_/s/_
United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on ____, and on ____, committed him to ____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date

Deputy

M-15 (01/09)                    **FINAL COMMITMENT AND WARRANT OF REMOVAL**